UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois
Eastern Division

Dionell PAYNE
    Plaintiff,
V.

U.S. Marshal Service
General Services Administration
    Defendant.

Case: 5970

Honorable Charles P. Kocoras

**RECEIVED**
OCT 11 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Amended Complaint To current complaint.

1) I have a current complaint which I'm amending this Federal Tort Claim Act against the U.S. Marshel and General Services Administration for Intentional Discrimination, Deliberate Indifference, Negligence, Pain And Mental Stress, Physically and Emotionally, While in custody at The Federal Court House at 219. S. Dearborn Chicago IL, 60604

2) The Parties have violated my 8th and 14th Amendment rights of the U.S. Constitution by not providing adquate Accessible Housing Knowningly while having this Knowledge of accessible housing Within the Federal court house (on the 10th Floor). The Parties disregarded My disability not one day but day after day for 3½ days Couse me due harm

3) Mental and Physical Stress and embarressment I was subject to while Being Place in a elevator and holding cells that was not handicap Accessible for my needs and disability. After many complaints my plea's And needs fell on deaf ear's and Ignore to the fullest during November 11-14 of 2014 with wrongful acts shown towards myself

CONTINUE 
(2)

4) After many attempts and failure to accomodate accessible housing, The Parties futher more slap me in the face with out even an apology with being Bias and Prejudice towards providing Accessible housing. This showed Intentional discrimination, Deliberate Indifference, Negligence, as well as Violating my 8th and 14th Amendment rights. (5) There was no way for me to know who to contact without the parties posting throughout the federal courts or bullpens the neccessary people to notify or to grieved about my complaint, In this situation there should have been better training and guidelines to follow.

(6) Procedures and protocol should have been apply or in place Instead my plea's were Ignore and it was the parties attitude do as they please unto me, I shouldn't have been mistreated, Ignore or denied fairness, these parties failed me with the Lack of concern or care for my safety and well being.

(7) This was truly Inhumane treatment to me or anyone by these parties being treated with these ill feeling. These parties causes me not to trust or believe any one could be treated this way. G.S.A. rather renting, leasing or owning, was well aware that there was a Handicap accessible area (8) G.S.A. was delibertly indifferent towards me by showing Intentional discrimination for 3½ days. The U.S. Marshel were aware that the federal court house had a handicap accessible floor and was deliberately Indifferent towards my disability by showing Intentional discrimination while ignoring my plea's

(9) U.S. Marshel's were Negligence in my handicap for 3½ days These Parties in noway try to Accomondate nor assist or have Compassion in anyway, how could anyone in there right mind come to a conclusion that I was not treated unfairly The viewing of camera would show otherwise.

(10) I was subject to "cruel and unusual Punishment, Intentional Discrimination, Neglect, denial, Deliberate Indifference, Pain and Mental Suffering, emboressment including being ridcule while Having my 8th and 14th Amendment rights being violated."

(11) How can the Parties Say No Harm, No Foul to my Plea's These Parties fail to treat me in the fashion of respect with There wrongful acts towards me and whatever there policy and Procedure are. These Parties were aware that modification were needed for the disable but ignore them and my Handicap for my time at and use of the Federal court house During my 3½ days.

# CERTIFICATE OF SERVICE

I, DIONELL PAYNE, swear under penalty of perjury that I served a copy of the attached document on prisoner correspondence at 219 S. Dearborn St Chicago Ill, 60604 By placing it in The mail at the Stateville/NRC P.O. Box 112 Joliet IL 60434 Dated 10/5/17

D. Payne
N42723

MR. DIONELL PAYNE N42723
Statemlle/NRC
P.O. BOX 112
Joliet IL 60434

LEGAL MAIL

10/11/2017-26

Prisoner correspondence
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 S. DEARBORN ST.
CHICAGO IL 60604

IDOC INMATE
LEGAL MAIL

FOREVER USA
Bank Swallow

PRIVILEGE MAIL

60604-180099

2017 OCT 11 A

ERK
ICT COURT

2017 OCT 11 AM 9:49

CLERK
U.S. DISTRICT COURT