UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIONELL PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15 C 5970 |
| | ) | |
| UNITED STATES MARSHALS SERVICE and GENERAL SERVICES ADMINISTRATION, | ) ) ) | Judge Kocoras |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants United States Marshals Service and General Services Administration, by their attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, move for summary judgment because defendants have voluntarily undertaken renovations to facilities and implemented a new protocol to transport prisoners within the federal courthouse, rendering this lawsuit moot. In addition, plaintiff Dionell Payne failed to exhaust the statutory administrative process required before a Rehabilitation Act suit against federal agencies. Finally, summary judgment should be granted because section 504 of the Rehabilitation Act either does not apply to the areas of the Dirksen Federal Building identified in the complaint or those areas are being brought into voluntary compliance.

WHEREFORE, defendants ask that the court to enter summary judgment for defendants and terminate the case.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Susan Willoughby Anderson
SUSAN WILLOUGHBY ANDERSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9082
willoughby.anderson@usdoj.gov

## **CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

      DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on February 15, 2018, to the following non-ECF filer:

      Dionell Payne
      N-42723
      Pinckneyville - PCC
      5835 State Route 154
      Pinckneyville, IL 62274

                                            s/ Susan Willoughby Anderson
                                            SUSAN WILLOUGHBY ANDERSON
                                            Assistant United States Attorney
                                            219 South Dearborn Street
                                            Chicago, Illinois 60604
                                            (312) 886-9082
                                            willoughby.anderson@usdoj.gov